# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELISHA RIGGLEMAN,** | : | |
| Petitioner | : | |
| | : | CIVIL ACTION NO. 3:18-CV-0771 |
| v. | : | |
| | : | (Judge Caputo) |
| **DAVID J EBBERT,** | : | |
| Respondent | : | |

# O R D E R

**AND NOW**, this **29th** day of **MARCH 2019**, it is **ORDERED** that Petitioner's motion (ECF No. 7) for appointment of counsel is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**