IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELISHA RIGGLEMAN,  :<br>:<br>Petitioner    :<br>:<br>v.    :<br>:<br>DAVID J EBBERT,  :<br>:<br>Respondent  : | CIVIL ACTION NO. 3:18-CV-0771<br><br>(Judge Caputo) |

**O R D E R**

**AND NOW**, this **29th** day of **MARCH 2019**, it is hereby **ORDERED** that:

1. Mr. Riggleman's motion for defendant to provide material (ECF No. 9) is **DENIED** as moot.

2. Mr. Riggleman's motions to expedite (ECF Nos. 10, 13 and 14) are **DENIED** as moot.

3. Mr. Riggleman's motion to present exhibit (ECF No. 11) is **GRANTED**.

4. Mr. Riggleman's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**.

5. The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**